# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-04444-SVW-SK | Date | August 18, 2023 |
|---|---|---|---|
| Title | Star Fabrics, Inc. v. Umgee U.S.A., Inc. et al | | |

**JS - 6**

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on August 2, 2023, granted plaintiff to and including August 16, 2023 to file a Motion for Default Judgment

To date plaintiff has failed to comply with this Court's order.

The Court orders the case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |